**Order entered February 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00754-CV

**LOUELLA CLANTON, Appellant**

**V.**

**MARKOSE K. MARKOSE, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-18-00664-A**

## ORDER

By letter dated January 30, 2019, appellant was instructed to file, by February 11, 2019, an amended brief correcting noted deficiencies. Appellant tendered her amended brief to this Court on February 19, 2019. On the same date, this Court notified appellant that her amended brief had been received but not filed. Before the Court is appellant's February 21, 2019 motion requesting additional time to file her brief. We **GRANT** the motion and **ORDER** the amended brief tendered to this Court by appellant on February 19, 2019 filed as of the date of this order.

/s/    ERIN A. NOWELL
         JUSTICE